[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 29, 2010
JOHN LEY
CLERK

No. 10-11008
Non-Argument Calendar

_____

D.C. Docket No. 2:09-cr-00024-LGW-JEG-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JONATHON LEBRON-SANTANA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(September 29, 2010)

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Peter H. Schmidt, II, appointed counsel for Jonathon Lebron-Santana in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lebron-Santana's conviction and sentence are **AFFIRMED**.